UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENA EVLOVA,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP IMMIGRATION SERVICES,<br><br>                Defendant. | CASE NO. **2:26-cv-00152-RAJ**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

      The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

      DATED this 16th day of January, 2026.

                                                                       _____
                                                                       BRIAN A. TSUCHIDA
                                                                       United States Magistrate Judge